**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-7401**

RAYMOND THOMAS,

       Petitioner - Appellant,

   v.

WARDEN OF FCI-EDGEFIELD,

       Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Aiken. Richard Mark Gergel, District Judge.  (1:16-cv-03928-RMG)

Submitted:  January 30, 2018                       Decided:  February 2, 2018

Before MOTZ and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Raymond Thomas, Appellant Pro Se.  Barbara Murcier Bowens, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond Thomas, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Thomas' 28 U.S.C. § 2241 (2012) petition. Thomas' objections were sufficient to preserve appellate review, but we nonetheless affirm for the reasons stated by the magistrate judge. *Thomas v. Warden,* No. 1:16-cv-03928-RMG (D.S.C. Sept. 20, 2017). We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*